## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ROOSEVELT M. WILLIAMS,

     Plaintiff,

                                        Case No.  14-cv-789-jdp

  v.

JUDY SMITH, JEFFREY L. FREUNA,
CAREY A. HALVERSON, CHRISTOPHER
MUSHA, KEITH E. POND, RUSSELL J.
POTRATZ, ERIC D. SCHROEDER, JAMES
A. ZANON, SANDY HABECK AND
DESIGN SPECIALTIES, INC.,

     Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| | |
|---|---|
| _____/s/_____ | _____3/27/2019_____ |
| Peter Oppeneer, Clerk of Court | Date |